LAURA E. DUFFY
United States Attorney
PHILLIP L.B. HALPERN
Assistant U.S. Attorney
California State Bar No. 133370
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5165

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 96CR2206-T |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| RAUL GONZALEZ (1), | ) |
| LAURA GONZALEZ (2), | ) |
| Defendants. | ) |

Leave of court is hereby granted for the dismissal without prejudice of the indictment in the above-captioned case, and any related arrest warrants are hereby withdrawn.

DATED: Nov. 1, 2011.

IRMA E. GONZALEZ
CHIEF, UNITED STATES DISTRICT JUDGE